Anthony Lanza, Esq. (SBN 156703)
Brodie H. Smith, Esq. (SBN 221877)
LANZA & SMITH, P.C.
3 Park Plaza, Suite 1650
Irvine, CA 92614-8540
Tel: (949) 221-0490
Fax: (949) 221-0027
Email: tony@lanzasmith.com
       brodie@lanzasmith.com

Thomas D. Mauriello, Esq. (SBN 144811)
MAURIELLO LAW FIRM, P.C.
1181 Puerta Del Sol, Suite 120
San Clemente CA 92673
Tel: (949) 542-3555
Fax: (949) 606-9690
Email: tomm@maurlaw.com

Attorneys for plaintiffs Jean C. Wilcox,
Michele Hood and Robert Hood, and Sharie Green

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JEAN C. WILCOX, MICHELE HOOD, ROBERT HOOD, and SHARIE GREEN, Individually and on Behalf of All Other Consumers Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EMC MORTGAGE CORPORATION, a Delaware corporation; J.P. MORGAN CHASE BANK, N.A., a Delaware corporation; DOES 1 through 100, inclusive;<br><br>Defendants. | CASE NO. 8:10-CV-01923-CJC-RNB<br><br>PUTATIVE CLASS ACTION<br><br>**MOTION TO COMPEL F.R.C.P. 26(f) CONFERENCE OF THE PARTIES, RULE 26(a) INITIAL DISCLOSURES, AND RESPONSES TO WRITTEN DISCOVERY**<br><br>Discovery Cut-Off: None<br>Pretrial Conf.: None<br>Trial Date: None<br><br>Date: May 10, 2011<br>Time: 9:30 a.m.<br>Place: Room 6D |

- 1 -
MOTION TO COMPEL

X:\D\546-01\Pleadings\Motion to Compel Rule 26.doc

1    PLEASE TAKE NOTICE that on May 10, 2011, at 9:30 a.m. in Room 6D of the
2 United States District Court, Santa Ana, California, Plaintiffs Jean C. Wilcox , Michele
3 Hood & Robert Hood, and Sharie Green (collectively, "plaintiffs") will and hereby do
4 move under the provisions of Federal Rule of Civil Procedure 37 and Local Rule 37-1,
5 37-2, and 37-4 for an order compelling defendants EMC Mortgage Corporation and J.P.
6 Morgan Chase Bank, N.A., ("defendants") to (1) participate in a Rule 26(f) conference
7 of the parties, (2) serve Rule 26(a) initial disclosures (including certain specified
8 content), and (3) serve responses to past due written discovery.

9    Prior to preparation of the Joint Stipulation (Local Rule 37), defendants had
10 refused to participate in any form of discovery, including the Rule 26(f) conference of
11 the parties, citing the "right to test the sufficiency of the complaint *before* responding to
12 discovery." *See,* Exhibit 1. [emphasis added.]   No such right exists.  In responding to
13 the Joint Stipulation prepared by plaintiffs, defendants retreated from their outright
14 refusal to participate in the Rule 26 early meeting of counsel, but continue in their
15 refusal to 1) provide initial disclosures without objection; 2) submit the Rule 26 Joint
16 Report within 2 weeks of the meeting; 3) produce the deposition transcript for plaintiffs'
17 witness Erika Penaloza; and 4) permit other specified witness depositions to proceed.

18    This Motion is based on this notice, the attached Joint Stipulation, the supporting
19 exhibits, and all of the court's records regarding this matter, along with any oral or
20 documentary evidence that may be presented at the hearing on this Motion.
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26
27
28

There is no case scheduling order in this lawsuit – yet. Pursuant to Local Rule 7-3 & 37-2.1, the parties met and conferred on the subject of this Motion on several occasions, including February 23, 2011. The parties were unable to resolve the dispute.

LANZA & SMITH, PLC

DATED: April 12, 2011          By: _____
                                   Anthony Lanza
                                   Brodie H. Smith

- 3 -
MOTION TO COMPEL

X:\D\546-01\Pleadings\Motion to Compel Rule 26.doc