# DENIED
## BY ORDER OF THE COURT
### BY DAVID O. CARTER ON JULY 25, 2011

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN C. WILCOX, MICHELE HOOD and ROBERT HOOD and SHARIE GREEN, individually and on behalf of all other consumers similarly situated and in the public interest,<br><br>    Plaintiffs,<br><br>v.<br><br>EMC MORTGAGE CORPORATION, a Delaware corporation, J.P. MORGAN CHASE BANK, N.A., DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.   8:10-cv-01923-DOC-(JCGx)<br><br>**CLASS ACTION**<br><br>**[Honorable David O. Carter]**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY**<br><br>Hearing Date:  July 18, 2011<br>Time:             8:30 a.m.<br>Courtroom:      9D<br>Amended Complaint filed: Mar. 14, 2011 |

1

2  On June 16, 2011, Defendants JPMorgan Chase Bank, N.A., erroneously

3 sued herein as J.P. Morgan Chase Bank N.A., and JPMorgan Chase Bank, N.A., as

4 successor in interest to EMC Mortgage LLC, formerly known as EMC Mortgage

5 Corporation ("Defendants"), filed a motion to stay proceedings pending the Ninth

6 Circuit's decision in *Morales v. Chase Home Finance LLC*, No. 11-16205 (9th

7 Cir.).  Having considered the papers filed in support of and in opposition to the

8 motion and the arguments of counsel, and for good cause shown, the Court hereby

9 **GRANTS** Defendants' motion to stay.  Accordingly, the above-captioned action is

10 hereby **STAYED** pending the Ninth Circuit's decision in *Morales v. Chase Home*

11 *Finance LLC*.

12

13

**IT IS SO ORDERED**.

14 **DENIED**

15 Dated: _____    BY ORDER OF THE COURT
                           HONORABLE DAVID O. CARTER
16                         U.S. DISTRICT JUDGE

17

18

19

20

21 Order submitted by Morrison & Foerster LLP, counsel for Defendants.

22

23

24

25

26

27

28