JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JEAN C. WILCOX,<br><br>　　　　Plaintiff(s),<br><br>v<br><br>EMC MORTGAGE CORPORATION, ET AL,<br><br>　　　　Defendant(s) | CASE NO. SA CV 10-1923-DOC (JCGx)<br><br>**ORDER DISMISSING CIVIL CASE** |

　　The Court having been notified by counsel for the parties that the above-entitled action has been settled;

　　IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon showing of good cause by **January 29, 2016** to reopen this action if settlement is not consummated.

　　IT IS SO ORDERED.

*/s/ David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated: November 10, 2015